UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 10cr4448-5 JM |
|---|---|
| Plaintiff, | ORDER AND JUDGMENT DISMISSING THE INDICTMENT AGAINST FRANCISCO JAVIER HERRERA-VELASQUEZ WITHOUT PREJUDICE AND RECALLING THE ARREST WARRANT |
| v. | |
| FRANCISCO JAVIER HERRERA-VELASQUEZ (5), | |
| Defendant. | |

Upon the Motion of the United States (Doc. No. 211), filed under Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss is granted and the Indictment in Case No. 10cr4448-JM against defendant FRANCISCO JAVIER HERRERA-VELASQUEZ is dismissed without prejudice.

IT IS FURTHER ORDERED that the warrant issued for the arrest of defendant FRANCISCO JAVIER HERRERA-VELASQUEZ is recalled.

IT IS SO ORDERED.

DATED: March 28, 2017

JEFFREY T. MILLER
United States District Judge